DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| SENATOR ALICIA "CHUCKY" HANSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2014-055 |
| ) | |
| CAROLINE FAWKES, in her Individual ) | |
| Capacity, and in her Capacity as Supervisor ) | |
| of Elections for the U.S.V.I., and the JOINT ) | |
| V.I. BOARD OF ELECTIONS, ) | |
| ) | |
| Defendants. ) | |

**Attorney:**
**Lee J. Rohn, Esq.,**
**Rhea Lawrence, Esq.,**
St. Croix, U.S.V.I.
  *For the Plaintiffs*

**Carol Thomas-Jacobs, Esq.,**
St. Thomas, U.S.V.I.
  *For the Defendants*

## ORDER

THIS MATTER came before the Court on September 10, 2014 for a hearing on Plaintiff's request for a temporary restraining order. At the conclusion of the hearing, the Court ordered the parties to file supplemental briefs addressing the retroactivity of pardons, the parties' constitutional arguments, and case law supporting the parties' positions on these issues. Accordingly, in view of the foregoing, it is hereby

**ORDERED** that the parties shall file their supplemental briefs no later than **5:00 p.m. on September 10, 2014**; and it is further

**ORDERED** that, in their supplemental briefs, the parties shall address the specific issues

1

identified by the Court in its instructions to the parties; and it is further

      **ORDERED** that Attorneys Rhea Lawrence and Carol Thomas-Jacobs shall file notices of appearance no later than **5:00 p.m. on September 10, 2014**.

      **SO ORDERED.**

Date: September 10, 2014                           _____/s/_____
                                                                        WILMA A. LEWIS
                                                                        Chief Judge