## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

|  |  |
|---|---|
| PAUL PAYNE, GLENDALY FELIX, TYRONE HENDRICKSON and NANCY PAULINA,<br><br>      Plaintiffs,<br><br>      v.<br><br>CAROLINE FAWKES, in her Individual Capacity, and in her Capacity as Supervisor of Elections for the U.S.V.I., and the JOINT V.I. BOARD OF ELECTIONS,<br><br>      Defendant. | Civil Action No. 2014-053 |
| SENATOR ALICIA "CHUCKY" HANSEN,<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLINE FAWKES, in her Individual Capacity, and in her Capacity as Supervisor of Elections for the U.S.V.I., and the JOINT V.I. BOARD OF ELECTIONS,<br><br>      Defendant. | Civil Action No. 2014-055 |

**Attorneys:**
**Lee J. Rohn, Esq.,**
**Rhea Lawrence, Esq.,**
St. Croix, U.S.V.I.
    *For the Plaintiffs*

**Carol Thomas-Jacobs, Esq.,**
St. Croix, U.S.V.I.
    *For the Defendants*

## ORDER

THESE MATTERS are before the Court for consolidation. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). District courts have "broad discretion to consolidate matters involving common questions of law or fact." *Robinson v. N.J. Mercer County Vicinage - Family Div.*, 562 F. App'x 145, 148 (3d Cir. 2014) (citing Fed. R. Civ. P. 42(a)).

The Court finds that these matters contain nearly identical questions of law and fact. Further, the parties consented to consolidating the two cases at the hearing held on September 10, 2014. Accordingly, in view of the foregoing, it is hereby

**ORDERED** that the cases captioned above, and numbered 1:14-cv-00053 and 1:14-cv-00055, are **CONSOLIDATED**.

**SO ORDERED.**

Date: September 11, 2014                _____/s/_____
                                        WILMA A. LEWIS
                                        Chief Judge