IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| Paul Payne, Glendaly Felix, Tyrone Hendrickson, and Anneth Evelyn and Nancy Paulina | ) ) ) | CIVIL NOS: 2014-0053 |
| Plaintiffs | ) ) ) | **COMPLAINT AND EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION, AND DECLARATORY RELIEF** |
| *vs.* | ) ) | |
| CAROLINE FAWKES, in her individual capacity, and in her capacity as Supervisor of Elections for the U.S.V.I., and the JOINT V.I.BOARD OF ELECTIONS | ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |
| Senator Alicia "Chucky" Hansen | ) ) | CIVIL NOS: 2014-0055 |
| Plaintiff | ) ) ) | **COMPLAINT AND EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION, AND DECLARATORY RELIEF** |
| *vs.* | ) ) ) | |
| CAROLINE FAWKES, in her individual capacity, and in her capacity as Supervisor of Elections for the U.S.V.I., and the JOINT V.I.BOARD OF ELECTIONS | ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

**DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 12, 2014 ORDER
REGARDING ADDITIONAL BRIEFING AND/OR ORAL ARGUMENT**

Defendants, by and through the undersigned assistant attorney general, hereby respond to the Court's September 12, 2014, Order directing the parties to advise the Court no later than 5:00 p.m. today whether they request the opportunity for additional briefing and/or oral argument in this matter.  Defendants do not request any additional briefing or oral arguments in this matter

Paul Payne et al. v. Caroline Fawkes et al.
Civil Nos. 2014-0053/2014-0055
Page:  2


and rely on the arguments presented at the September 10, 2014 Hearing,  and the brief filed with

the Court after the Hearing (Doc #15).


**DATED**: 09/12//2014    **RESPECTFULLY SUBMITTED,**

                                      **VINCENT F. FRAZER, ESQ.**
                                      **ATTORNEY GENERAL**


                         **By:**    *s/ Carol Thomas Jacobs*
                                   **CAROL THOMAS-JACOBS, ESQ.**
                                   **ASSISTANT ATTORNEY GENERAL**
                                   V.I. Department of Justice
                                   Office of the Attorney General
                                   34-38 Kronprindsens Gade
                                   GERS Building, 2nd Floor
                                   St. Thomas, USVI  00802


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 12th  day of  September, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:


Lee J. Rohn, Esq.
Lee J. Rohn & Associates
1101 King Street,
Christiansted, St. Croix, USVI, 00820



                                                            *s/ Carol Thomas-Jacobs*